**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PATRICK WEST, | ) | 3:05-CV-0394-ECR-RAM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| INNOTRAC CORPORATION, a Georgia Corporation, and DOES I through X, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (#4), filed on July 18, 2005, is **DENIED** as moot in light of the subsequent filing of the Amended Complaint (#12).

This 27th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE